OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

4/8/2015

SIERRA, CORY ESTRADA   Tr. Ct. No. S-05-3072-CR

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus. *Padilla v. McDaniel*, 122 SW 3d 805 (Tex. Crim. App. 2003).

Abel Acosta, Clerk

CORY ESTRADA SIERRA

Beto Unit                        DC # 1341616
1391 FM 3328                              1
Tennessee Colony, TX 75880

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS
MAILED FROM ZIP CODE

UNITED STATES POSTAGE
$00.26⁵
PITNEY BOWES
02 1R
0002003152
APR 09 2015
WR-69 627-03